UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LOOKOUT MOUNTAIN WILD ANIMAL
PARK, INC.,

    Plaintiff,

v.                                                 Case No. 8:09-cv-2301-T-30EAJ

STEARNS ZOOLOGICAL RESCUE &
REHAB CENTER, INC., et al.,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Emergency Motion for Injunction (Dkt. 26), Plaintiff's Motion for Sanctions (Dkt. 25), and Plaintiff's Motion for Summary Judgment and Motion to Deem Matters Admitted (Dkt. 15) and Defendants' Response in opposition (Dkt. 22). In the Response to the Motion to Deem Matters Admitted, Defendants requested an extension of time to file answers to certain requests for admission from Plaintiff. All matters were heard at a hearing held on June 23, 2010. During the hearing, Plaintiff also made an oral Motion to Amend the Complaint. For the reasons stated on the record, it is ORDERED AND ADJUDGED that:

    1.    Plaintiff's Emergency Motion for Injunction (Dkt. 26) is **DENIED**.

2. Plaintiff's Motion for Sanctions (Dkt. 25) is **GRANTED in part and DENIED in part** to the extent that Defendants are ordered to pay the court reporter costs for the deposition of Kathryn Stearns.

3. Plaintiff's oral Motion to Amend the Complaint is **GRANTED**. Plaintiff shall file an amended complaint within twenty (20) days of this Order.

4. Plaintiff's Motion for Summary Judgment and Motion to Deem Matters Admitted (Dkt. 15) is **DENIED as moot**.

5. Defendants shall file responses to the Requests for Admission within **ten (10) days** of this Order.

6. The parties are ordered to **mediate within thirty (30) days** of this Order. Kathryn Stearns and Dr. Robert Bloome are to be in attendance at the mediation.

**DONE** and **ORDERED** in Tampa, Florida on June 24, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-2301.order from hearing.frm