UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LOOKOUT MOUNTAIN WILD ANIMAL PARK, INC.,**

    Plaintiff,

v.   Case No.  8:09-cv-2301-T-30EAJ

**STEARNS ZOOLOGICAL RESCUE & REHAB CENTER, INC., et al.,**

    Defendants.
_____/

## ORDER

Upon Plaintiff Lookout Mountain Wild Animal Park, Inc.'s posting of a cash bond of $15,000,[1] Plaintiff shall be entitled to possession, the next business day (between the hours of 11 a.m. to 2 p.m.), of the two White-Handed Gibbons and their medical records. Lookout Mountain shall obtain possession through Susan Williams. Susan Williams shall hold the Gibbons until further Order of this Court subject to her individual responsibility as described on the record of the proceedings in this Court on April 20, 2012.

By taking possession, Susan Williams confirms her oral statements in Court that she submits to the jurisdiction of this Court and will be bound by its Orders. Susan Williams will be subject to both personal liability and contempt in the event that the Gibbons are released without the permission of this Court.

---

[1] The Clerk of Court is directed to deposit the funds into an interest bearing account pursuant to the requirements of Local Rule 4.16(a).

Upon posting of the $15,000 bond, Defendant Stearns Zoological Rescue & Rehab Center, Inc. is ordered to deliver the two White-Handed Gibbons, and their medical records, to Susan Williams pursuant to the terms of this Order.

**DONE** and **ORDERED** in Tampa, Florida on April 23, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-2301.mfb.frm