UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LOOKOUT MOUNTAIN WILD ANIMAL PARK, INC.,**

    Plaintiff,

v.                       Case No. 8:09-cv-2301-T-30EAJ

**STEARNS ZOOLOGICAL RESCUE & REHAB CENTER, INC., et al.,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court upon Plaintiff's Motion for Disbursement of Cash Bond and Relinquishment of Jurisdiction Over the Gibbons (Dkt. #146). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. Plaintiff's Motion for Disbursement of Cash Bond and Relinquishment of Jurisdiction Over the Gibbons (Dkt. #146) is GRANTED.

2. The Court relinquishes jurisdiction over the gibbons.

3. The Clerk is directed to disburse to Susan Williams on behalf of Plaintiff the cash bond (Dkt. #137) posted by Lookout Mountain.

**DONE** and **ORDERED** in Tampa, Florida on June 11, 2012.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-2301.disburse Williams.wpd