# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**LOOKOUT MOUNTAIN WILD ANIMAL PARK, INC.,**

    Plaintiff,

v.                                               Case No. 8:09-cv-2301-T-30EAJ

**STEARNS ZOOLOGICAL RESCUE & REHAB CENTER, INC., et al.,**

    Defendants.
_____/

## ORDER

The Clerk is directed to enter final judgment in favor of Plaintiff Lookout Mountain Wild Animal Park, Inc., on the issue of the ownership of the two White-Handed Gibbons and their medical records, pursuant to this Court's Order on April 25, 2012 (*see* Dkt. # 139). The Clerk is directed to enter final judgment in favor of all Defendants with respect to all other issues, as specified in the above-referenced Order.

**DONE** and **ORDERED** in Tampa, Florida on June 22, 2012.

*[Signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2009\09-cv-2301.fj.frm